J-S01029-20

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

COMMONWEALTH OF PENNSYLVANIA   :   IN THE SUPERIOR COURT OF
                                             :               PENNSYLVANIA
                                             :
                     v.                            :
                                             :
                                           :
JEREMIAS SANCHEZ                     :
                                           :
             Appellant            :      No. 1300 EDA 2019

Appeal from the Judgment of Sentence Entered May 9, 2017
in the Court of Common Pleas of Philadelphia County
Criminal Division at No(s):  CP-51-CR-0406041-2005,
CP-51-CR-0701981-2005

BEFORE:   BOWES, J., KUNSELMAN, J. and STRASSBURGER, J.*

CONCURRING STATEMENT BY STRASSBURGER, J.:

                                                                  **FILED NOVEMBER 17, 2020**

I join the Majority Memorandum.  I write separately to note that, if I counted correctly, at least four attorneys either failed to file an appeal or filed one untimely.  As Hall of Fame manager Casey Stengel said of the hapless (40-120) expansion 1962 New York Mets, "Can't anybody here play this game?"

*Retired Senior Judge assigned to the Superior Court.